UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FREDDIE ADAMS, et al., <br>     Plaintiffs, <br> v. <br> BRG SPORTS, INC., et al., <br>     Defendants. | Case No. 5:17-cv-00688-EJD <br><br> **ORDER DENYING RELATION** |

The Court finds that the case Quincy Baker, et al. v. BRG Sports, Inc., et al., Case No. 5:17-cv-04337-LHK, is not related to the above-captioned action.

**IT IS SO ORDERED.**

Dated: November 7, 2017

EDWARD J. DAVILA
United States District Judge

Case No.: 5:17-cv-00688-EJD
ORDER DENYING RELATION

1