## IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| MARK ADAMS, et al., | |
| Plaintiffs, | |
| v. | Case Nos.: 1:17-cv-08544 |
| | 1:17-cv-08972 |
| BRG SPORTS, INC. et al. | 1:18-cv-00129 |
| Defendants. | |
| FREDDIE ADAMS, et al., | |
| Plaintiffs, | |
| v. | |
| BRG SPORTS, INC. et al. | |
| Defendants. | |
| QUINCY BAKER, et al., | |
| Plaintiffs, | |
| v. | |
| BRG SPORTS, INC. et al. | |
| Defendants. | |

### DEFENDANTS' OMNIBUS MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINTS

Defendants Riddell, Inc. and BRG Sports, Inc. move this Court pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss the plaintiffs' complaints in *Mark Adams* (Case No. 1:17-cv-08544), *Freddie Adams* (Case No. 1:17-cv-08972), and *Quincy Baker* (Case No. 1:18-cv-00129). In support of this motion, the defendants submit and incorporate by reference their memorandum in support, which is being filed concurrently with this motion.

Dated: April 16, 2018

Respectfully submitted,

*/s/ Paul G. Cereghini*

Paul G. Cereghini *(admitted pro hac vice)*
BOWMAN AND BROOKE LLP

2901 N. Central Avenue, Suite 1600
Phoenix, AZ  85012
Telephone: (602) 643-2300
Facsimile: (602) 248-0947
paul.cereghini@bowmanandbrooke.com

Robert L. Wise (*admitted pro hac vice*)
Eden M. Darrell
BOWMAN AND BROOKE LLP
901 East Byrd Street, Suite 1650
Richmond, VA  23219
Telephone: (804) 649-8200
Facsimile: (804) 649-1762
rob.wise@bowmanandbrooke.com
eden.darrell@bowmanandbrooke.com

Mark H. Boyle
DONOHUE BROWN MATHEWSON &
SMYTH LLC
140 South Dearborn Street, Suite 800
Chicago, IL 60603
Telephone: (312) 422-0973
Facsimile: (312) 422-0909
mark.boyle@dbmslaw.com

*Attorneys for the Riddell defendants*

## CERTIFICATE OF SERVICE

I, Paul G. Cereghini, an attorney, hereby certify that on April 16, 2018, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of Court using CM/ECF, which will send an electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.


                                    */s/ Paul G. Cereghini*
                                    Paul G. Cereghini