IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FREDDIE ADAMS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> BRG SPORTS, INC., et al., <br><br> Defendants. | Case No.: 1:17-CV-08972-MFK |
| JAMES BRADSHAW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> BRG SPORTS, INC., et al., <br><br> Defendants. | Case No.: 1:18-CV-00129-MFK |
| CORY BRANDON, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> BRG SPORTS, INC., et al., <br><br> Defendants. | Case No.: 1:17-CV-08544-MFK |
| JEFFREY JONES, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> BRG SPORTS, INC., <br><br> Defendant. | Case No.: 1:18-CV-07250-MFK |

**JOINT STATUS REPORT**

The parties submit the following joint status report regarding the work-up of these cases, in advance of the upcoming telephonic status conference on May 3, 2021 (ECF No. 405 and 409):

I.   **Scheduling**

On December 24, 2020, the Court established the following remaining deadlines, based on the assumption that it would rule on Defendants' pending motions in March 2021. (ECF No. 380):

- April 30, 2021: deadline for Rule 26(a)(2) rebuttal disclosures on issues other than general causation (*i.e.*, case-specific experts);
- June 14, 2021: deadline for completing case-specific (non-general causation) expert depositions; and
- July 14, 2021: deadline for filing dispositive and *Daubert* motions.

On April 15, 2021, Defendants, with Plaintiffs' agreement, moved the Court to extend these deadlines, given that the Court had not yet ruled on Defendants' pending motions, which were potentially case-dispositive. (ECF No. 407) On April 16, 2021, the Court granted the motion and stayed all deadlines pending the upcoming May 3, 2021 status conference. (ECF No. 408) On April 17, 2021, the Court ruled on Defendants' pending motions and ordered the parties to file a joint status with a joint proposal for further proceedings by April 27, 2021. (ECF No. 409)

II.  **Agreed Court Action that the Court Can Take Without a Hearing**

A. Following the Court's ruling on Defendants' motions, the parties conferred regarding the remaining deadlines. The parties jointly propose the following revised schedule:

- July 15, 2021: deadline for Rule 26(a)(2) rebuttal disclosures on issues other than general causation (*i.e.*, case-specific experts);
- August 30, 2021: deadline for completing case-specific (non-general causation) expert depositions; and
- September 30, 2021: deadline for filing dispositive and *Daubert* motions.

B. The defendants anticipate that following the completion of the remaining discovery outlined above, they will file additional motions, including motions based on case-specific issues as appropriate (e.g., statutes of limitations), as well as *Daubert* motions

as to the plaintiffs' experts, along with renewing their motion for summary judgment based on a lack of evidence sufficient to establish specific medical causation as to any of the remaining seven bellwether plaintiffs. Plaintiffs will continue to cooperate in discovery and file necessary pre-trial motions to ensure the initial trials of the bellwether cases in 2021 if the Court allows in-person jury trials by that date.

### III. Progress of Discovery

The fact discovery deadline has passed. Defendants have requested the depositions of plaintiffs' experts, Dr. Randall Benson and Michael Motley, in May 2021. Plaintiffs have requested the depositions of Defendants' case-specific experts to occur in August 2021.

### IV. Is a Telephonic Hearing Necessary and Time Urgent?

The parties do not believe that a telephonic hearing is necessary and time urgent at this time.

Dated: April 27, 2021

Respectfully submitted:

**BOWMAN AND BROOKE LLP**

By: /s/ Paul G. Cereghini
Paul G. Cereghini (*Pro Hac Vice*)
BOWMAN AND BROOKE LLP
2901 North Central Avenue, Suite 1600
Phoenix, AZ 85012
Telephone: (602) 643-2300
Facsimile: (602) 248-0947
paul.cereghini@bowmanandbrooke.com

Robert L. Wise
Eden M. Darrell
BOWMAN AND BROOKE LLP
901 East Byrd Street, Suite 1650
Richmond, VA 23219
Telephone: (804) 649-8200
Facsimile: (804) 649-1762
rob.wise@bowmanandbrooke.com
eden.darrell@bowmanandbrooke.com

David J. Duke
BOWMAN AND BROOKE LLP
2901 Via Fortuna, Suite 500
Austin, TX 78746
Telephone: (512) 874-3800
Facsimile: (512) 874-3801
david.duke@bowmanandbrooke.com

Mark H. Boyle
Thomas Cushing
DONOHUE BROWN MATHEWSON &
SMYTH LLC
140 South Dearborn Street, Suite 800
Chicago, IL 60603
Telephone: (312) 422-0900
Facsimile: (312) 422-0909
mark.boyle@dbmslaw.com
cushing@dbmslaw.com

*Attorneys for the Defendants*

**CIRCELLI WALTER & YOUNG, PLLC**

By: */s/ Vincent P. Circelli*
Vincent P. Circelli (admitted *pro hac vice*)
Kelli Walter
CIRCELLI & WALTER, PLLC
500 East 4th Street, Suite 250
Fort Worth, TX 76102
Telephone: (817) 697-4942
Facsimile: (817) 697-4944
vinny@cwylaw.com
kelli@cwylaw.com

**EDELSON PC**

Jay Edelson
Benjamin H. Richman
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378
jedelson@edelson.com
brichman@edelson.com

*Attorneys for Plaintiffs*

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Plaintiffs, and that I have obtained Plaintiffs' counsel's authorization to use his electronic signature on this document.

/s/ *David J. Duke*
David J. Duke
BOWMAN AND BROOKE LLP
2901 Via Fortuna, Suite 500
Austin, TX 78746
Telephone: (512) 874-3800
Facsimile: (512) 874-3801
david.duke@bowmanandbrooke.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2021, the foregoing Joint Status Report was filed with the Clerk using the CM/ECF system, which will provide notice to all counsel of record.

*/s/ Paul G. Cereghini*
Paul G. Cereghini (*Pro Hac Vice*)
BOWMAN AND BROOKE LLP
2901 North Central Avenue, Suite 1600
Phoenix, AZ 85012
Telephone: (602) 643-2300
Facsimile:  (602) 248-0947
paul.cereghini@bowmanandbrooke.com

*Attorney for Defendants*
