**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FREDDIE ADAMS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> BRG SPORTS, INC., et al., <br><br> Defendants. | Case No.: 1:17-CV-08972-MFK |
| JAMES BRADSHAW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> BRG SPORTS, INC., et al., <br><br> Defendants. | Case No.: 1:18-CV-00129-MFK |
| CORY BRANDON, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> BRG SPORTS, INC., et al., <br><br> Defendants. | Case No.: 1:17-CV-08544-MFK |
| JEFFREY JONES, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> BRG SPORTS, INC., <br><br> Defendant. | Case No.: 1:18-CV-07250-MFK |

25899056v1

## JOINT STATUS REPORT

Per the Court's request, the parties submit the following joint status report regarding a proposal for handling the claims of the remaining plaintiffs in these cases, in advance of the upcoming telephonic status conference on February 15, 2022 (ECF No. 467). The parties have conferred and have agreed to jointly request an additional three-week timeframe in which to work together to attempt to present the Court with dismissals of all remaining claims by the end of that three-week period. The parties further propose that, if at the end of that three-week period the parties are unable to achieve a complete dismissal of the entirety of this litigation, they will, on or before March 4, 2022, submit a joint status report with their joint proposal, or individual proposals if they cannot agree on a joint proposal, for the future course of these matters.

Dated: February 11, 2022        Respectfully submitted:

**BOWMAN AND BROOKE LLP**

By:    */s/ Paul G. Cereghini*
Paul G. Cereghini (*Pro Hac Vice*)
BOWMAN AND BROOKE LLP
2901 North Central Avenue, Suite 1600
Phoenix, AZ 85012
Telephone: (602) 643-2300
Facsimile: (602) 248-0947
paul.cereghini@bowmanandbrooke.com

David J. Duke
BOWMAN AND BROOKE LLP
2901 Via Fortuna, Suite 500
Austin, TX 78746
Telephone: (512) 874-3800
Facsimile: (512) 874-3801
david.duke@bowmanandbrooke.com

    Mark H. Boyle
Thomas Cushing
DONOHUE BROWN MATHEWSON & SMYTH LLC
140 South Dearborn Street, Suite 800
Chicago, IL 60603
Telephone: (312) 422-0900
Facsimile: (312) 422-0909
mark.boyle@dbmslaw.com
cushing@dbmslaw.com
*Attorneys for the Defendants*

**CIRCELLI & WALTER, PLLC**

By:   */s/ Vincent P. Circelli*
    Vincent P. Circelli (admitted *pro hac vice*)
Kelli Walter
CIRCELLI & WALTER, PLLC
1701 River Run, Suite 1703
Fort Worth, TX 76107
Telephone: (817) 697-4942
Facsimile: (817) 697-4944
vcircelli@circelliwalterlaw.com
kwalter@circelliwalterlaw.com

**EDELSON PC**

Jay Edelson
Benjamin H. Richman
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378
jedelson@edelson.com
brichman@edelson.com

*Attorneys for Plaintiffs*

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Plaintiffs, and that I have obtained Plaintiffs' counsel's authorization to use his electronic signature on this document.

/s/ *David J. Duke*
David J. Duke
BOWMAN AND BROOKE LLP
2901 Via Fortuna, Suite 500
Austin, TX  78746
Telephone: (512) 874-3800
Facsimile: (512) 874-3801
david.duke@bowmanandbrooke.com

*Attorney for Defendants*

25899056v1

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2022, the foregoing Joint Status Report was filed with the Clerk using the CM/ECF system, which will provide notice to all counsel of record.

*/s/ Paul G. Cereghini*
Paul G. Cereghini (*Pro Hac Vice*)
BOWMAN AND BROOKE LLP
2901 North Central Avenue, Suite 1600
Phoenix, AZ 85012
Telephone: (602) 643-2300
Facsimile: (602) 248-0947
paul.cereghini@bowmanandbrooke.com

*Attorneys for Defendants*