# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JAMES BRADSHAW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> BRG SPORTS, INC., et al., <br><br> Defendants. | Case No.: 1:18-CV-00129 |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

All plaintiffs[1] and both defendants[2] hereby stipulate and agree to the dismissal with prejudice of this action in its entirety pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii); each party to bear its own costs and attorneys' fees expended in this action.

Dated: March 4, 2022

                                                                  Respectfully submitted:

                                                                  **CIRCELLI & WALTER, PLLC**

                                             By:    */s/ Vincent P. Circelli*
                                                           Vincent P. Circelli (admitted *pro hac vice*)
                                                           Kelli L. Walter
                                                           CIRCELLI & WALTER, PLLC
                                                           1701 River Run, Suite 703
                                                           Fort Worth, TX 76107
                                                           Telephone: (817) 697-4942
                                                           Facsimile: (817) 697-4944
                                                           vcircelli@circelliwalterlaw.com
                                                           kwalter@circelliwalterlaw.com

                                                           *Attorneys for Plaintiffs*

---

[1] James R. Bradshaw, Hollis Beau Bridges, Ricardo Coronado, Brandon Ellis, Jason Ellison, Kevin Todd Everette Jr., Nigel Foster, Bryce Gardner, Brion Gilbert, Chris Harris, Marquez Higgins, Andre Johnson, Mathew Levario, Logan McLeod, Ernesto Middlebrooks, Jeremy Nolan, Jason Rowe, LaDamian Simmons, Raphael Abel Solomon Jr., Anthony Thompson II, Robert West, Carl Whitfield, and Cordell Wilson.

[2] BRG Sports, Inc. and Riddell, Inc.

25974426v1

**BOWMAN AND BROOKE LLP**

By: */s/ Paul G. Cereghini*
Paul G. Cereghini (*Pro Hac Vice*)
BOWMAN AND BROOKE LLP
2901 North Central Avenue, Suite 1600
Phoenix, AZ 85012
Telephone: (602) 643-2300
Facsimile: (602) 248-0947
paul.cereghini@bowmanandbrooke.com

David J. Duke
BOWMAN AND BROOKE LLP
2901 Via Fortuna, Suite 500
Austin, TX 78746
Telephone: (512) 874-3800
Facsimile: (512) 874-3801
david.duke@bowmanandbrooke.com

Mark H. Boyle
Thomas Cushing
DONOHUE BROWN MATHEWSON & SMYTH LLC
140 South Dearborn Street, Suite 800
Chicago, IL 60603
Telephone: (312) 422-0900
Facsimile: (312) 422-0909
mark.boyle@dbmslaw.com
cushing@dbmslaw.com

*Attorneys for the Defendants*

25974426v1

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendants, and that I have obtained Defendants' counsel's authorization to use his electronic signature on this document.

/s/ *Vincent P. Circelli*
Vincent P. Circelli
CIRCELLI & WALTER, PLLC
1701 River Run, Suite 1703
Fort Worth, TX 76107
Telephone: (817) 697-4942
Facsimile: (817) 697-4944
vcircelli@circelliwalterlaw.com

25974426v1

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2022, the foregoing Stipulation of Voluntary Dismissal With Prejudice was filed with the Clerk using the CM/ECF system, which will provide notice to all counsel of record.

/s/ *Vincent P. Circelli*
Vincent P. Circelli
CIRCELLI & WALTER, PLLC
1701 River Run, Suite 1703
Fort Worth, TX  76107
Telephone: (817) 697-4942
Facsimile:  (817) 697-4944
vcircelli@circelliwalterlaw.com

*Attorney for Plaintiffs*