IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FREDDIE ADAMS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> BRG SPORTS, INC., et al., <br><br> Defendants. | Case No.: 1:17-CV-08972-MFK |
| JAMES BRADSHAW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> BRG SPORTS, INC., et al., <br><br> Defendants. | Case No.: 1:18-CV-00129-MFK |
| CORY BRANDON, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> BRG SPORTS, INC., et al., <br><br> Defendants. | Case No.: 1:17-CV-08544-MFK |
| JEFFREY JONES, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> BRG SPORTS, INC., <br><br> Defendant. | Case No.: 1:18-CV-07250-MFK |

**JOINT STATUS REPORT**

Per the Court's request, the parties submit the following joint status report in advance of the upcoming telephonic status conference on March 7, 2022 (ECF No. 476).

On March 4, 2022, stipulations of dismissal with prejudice were filed in the *Adams, Brandon,* and *Bradshaw* cases. The parties are not yet in a position to file a stipulation of dismissal in the *Jones* case, but expect to be able to do so on March 7, 2022.

Respectfully submitted:

**BOWMAN AND BROOKE LLP**

By: <u>*/s/ Paul G. Cereghini*</u>
Paul G. Cereghini (*Pro Hac Vice*)
BOWMAN AND BROOKE LLP
2901 North Central Avenue, Suite 1600
Phoenix, AZ 85012
Telephone: (602) 643-2300
Facsimile: (602) 248-0947
paul.cereghini@bowmanandbrooke.com

David J. Duke
BOWMAN AND BROOKE LLP
2901 Via Fortuna, Suite 500
Austin, TX 78746
Telephone: (512) 874-3800
Facsimile: (512) 874-3801
david.duke@bowmanandbrooke.com

Mark H. Boyle
Thomas Cushing
DONOHUE BROWN MATHEWSON & SMYTH LLC
140 South Dearborn Street, Suite 800
Chicago, IL 60603
Telephone: (312) 422-0900
Facsimile: (312) 422-0909
mark.boyle@dbmslaw.com
cushing@dbmslaw.com
*Attorneys for the Defendants*

**CIRCELLI & WALTER, PLLC**

By: */s/ Vincent P. Circelli*
Vincent P. Circelli (admitted *pro hac vice*)
Kelli Walter
CIRCELLI & WALTER, PLLC
1701 River Run, Suite 1703
Fort Worth, TX 76107
Telephone: (817) 697-4942
Facsimile: (817) 697-4944
vcircelli@circelliwalterlaw.com
kwalter@circelliwalterlaw.com

**EDELSON PC**

Jay Edelson
Benjamin H. Richman
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378
jedelson@edelson.com
brichman@edelson.com

*Attorneys for Plaintiffs*

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Plaintiffs, and that I have obtained Plaintiffs' counsel's authorization to use his electronic signature on this document.

*/s/ Vincent P. Circelli*
Vincent P. Circelli (admitted *pro hac vice*)
CIRCELLI & WALTER, PLLC
1701 River Run, Suite 1703
Fort Worth, TX 76107
Telephone: (817) 697-4942
Facsimile: (817) 697-4944
vcircelli@circelliwalterlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2022, the foregoing Joint Status Report was filed with the Clerk using the CM/ECF system, which will provide notice to all counsel of record.

/s/ Vincent P. Circelli
Vincent P. Circelli (admitted *pro hac vice*)
CIRCELLI & WALTER, PLLC
1701 River Run, Suite 1703
Fort Worth, TX 76107
Telephone: (817) 697-4942
Facsimile: (817) 697-4944
vcircelli@circelliwalterlaw.com

*Attorneys for Plaintiffs*