## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Freddie Adams Jr., et al.
         Plaintiff,

v.                 Case No.: 1:17−cv−08972
                 Honorable Matthew F. Kennelly

BRG Sports, Inc., et al.
         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 7, 2022:

  MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 3/7/2022. The parties reported on the status of the stipulations. A telephonic status hearing is set for 3/15/2022 at 8:45 a.m. The following call−in number will be used for the hearing: 888−684−8852, access code 746−1053. The Court will vacate the status hearings if the final stipulation of dismissal is filed before the hearing date. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.